Frederic G. Ludwig, III (CA Bar No. 205332)
eric.ludwig@ludwigiplaw.com
Andrew J. Kubik (CA Bar No. 246902)
andrew.kubik@ludwigiplaw.com
LUDWIG, APC
12463 Rancho Bernardo Road, No. 532
San Diego, California 92128
Telephone: 619-929-0873

Attorneys for Defendant
TELEPORT MOBILITY. INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF SYWULA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS DaCOSTA, an individual; VINCENT COLETTI, an individual; TELEPORT MOBILITY, INC., a Nevada corporation; and DOES 1-20, inclusive<br><br>Defendants. | Case No. 3:21-cv-01450-BAS-AGS<br><br>**DEFENDANT TELEPORT MOBILITY, INC.'S NOTICE OF RENEWED MOTION AND RENEWED MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA, PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Judge: Hon. Cynthia A. Bashant<br>Hearing Date: November 8, 2021<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant TELEPORT MOBILITY, INC. ("Teleport") hereby moves this Court to dismiss, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, or in the alternative, to transfer the above-entitled action, filed by Plaintiff KRYSZTOF SYWULA, to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a) and the first-to-file rule. A hearing on this motion is scheduled for Monday, November 8, 2021.

/ / /

1  This Motion is made following the conference of counsel that took place on August 23, 2021.  Further, this Motion is based on this Notice of Renewed Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice in Support of Defendant's Renewed Motion to Dismiss, or alternatively, to Transfer Venue to the Northern District, the other papers and pleadings on file in this action, and upon such other matters as may be presented to the Court.

Dated: October 4, 2021                Respectfully Submitted

By: */s/ Andrew J. Kubik*
    Frederic G. Ludwig, III
    Andrew J. Kubik
    LUDWIG, APC
    Attorneys for Defendant
    TELEPORT MOBILITY, INC.

